# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:19-CR-00096 |
| | ) | |
| WILLIAM WOODIE | ) | |

## MOTION TO APPOINT NEW COUNSEL / MOTION TO WITHDRAW

COMES NOW, William Woodie, through counsel, and files this Motion to Appoint New Counsel / Motion To Withdraw. In support of this motion please see the following:

On our about June 8, 2021, Defendant and counsel attended a Change of Plea hearing. A guilty plea was not taken under advisement, nor was a sentencing hearing scheduled, and Defendant was given a plea deadline of June 30, 2021. On June 28, counsel traveled to Laurel Co. Detention Center to met with Defendant. A detention center guard initially told defense counsel that Defendant refused to see defense counsel. However, defense counsel had the guard remind the Defendant the importance of this meeting and defense counsel was able to meet with Defendant.

Upon meeting Defendant, Defendant informed defense counsel that he wanted a new attorney and did not want to go forward with current counsel. Defendant said among other things, that he wanted a second opinion. Defense counsel had no success in changing Defendant's mind and as such, it is defense counsel's opinion that the attorney-client relationship is damaged and cannot be repaired.

Respectfully submitted,
William Woodie, Defendant

By Counsel:

B. Andrew Glenn (BPR #023644)
125 Peppertree Dr.
Kingsport, TN 37664
(276) 494-6137
barryandrewglenn@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

B. Andrew Glenn